UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

EUSEBIA RENEYDA CUELLO,

                  Plaintiff,

           -v-

HEALTHFIRST PHSP, INC.,

                  Defendant.

―――――――――――――――――――――――――――――

20-CV-10177 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on December 3, 2020.  Counsel for the plaintiff is directed to file an appearance with this Court no later than January 11, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 24, 2020.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                          _____
                                              J. PAUL OETKEN
                                         United States District Judge