USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EUSEBIA RENEYDA CUELLO,

                Plaintiff,

  -against-

HEALTHFIRST PHSP, INC.,

                Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**20-CV-10177 (JPO) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for General Pretrial purposes and settlement (docket no. 18).  A telephonic Case Management Conference in this matter is hereby scheduled for **Tuesday, April 20, 2021 at 10:45 a.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, access code: 4858267.**

    SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge