# LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES

*99 Park Avenue – Suite 1100*
*New York, NY  10016*
*212-867-3838*

| G. Oliver Koppell | Facsimile | of Counsel: |
|---|---|---|
|  | (212) 681-0810 | Lorraine Coyle |
| Daniel F. Schreck |  | Ruth Jin |
| Daniel Casados | Website: |  |
|  | www.koppellaw.com |  |

**MEMO ENDORSED**

April 13, 2021

Via ECF
Honorable Magistrate Judge Katharine H. Parker
United States District Court – Southern District of New York
Daniel Patrick Moynihan – United States Courthouse
500 Pearl Street
New York, New York, 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2021

Re:  *Eusebia Reneyda Cuello v. Healthfirst PHSP, Inc.*, No. 20-CV-10177 (JPO)
     Request for an Adjournment of Case Management Conference

Dear Magistrate Judge Parker:

I am counsel for Plaintiff Cuello in the above-referenced matter.

I write to you with Defendant's consent pursuant to your Individual Rules to seek an adjournment of the April 20, 2021, case management conference. I seek an adjournment because I have another status conference for a different case that is quite important on the same date at 11 a.m., while your conference is due to take place at 10:45 a.m.

I request that the conference for this case take place the following week on a date that is available the Court, with the exception of April 27, 2021, due to another scheduled meeting. However, if the following week is not available to the Court, I request that the Court choose a date and time that is otherwise available. This is my second request for an adjournment in this case. The first was a request for postponement of the preliminary conference because I had a trial that conflicted with the conference. The Court granted the first adjournment.

I thank you for your consideration.

Respectfully submitted,
/s/ *G. Oliver Koppell*
G. Oliver Koppell

Cc: David Warner, Esq., via ECF

**APPLICATION GRANTED:**  The telephonic Initial Case Management Conference scheduled for Tuesday, April 20, 2021 at 10:45 a.m. is hereby rescheduled to <u>Wednesday, April 28, 2021 at 11:00 a.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
04/14/2021