# DORF & NELSON LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

July 8, 2021

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/09/2021
```

**MEMO ENDORSED**

**Re:** *Cuello v. Healthfirst PHSP Inc.* – Case No. 20-cv-10177 (JPO) (KHP)

Dear Judge Parker:

We represent Defendant HF Management Services, LLC (sued herein as Healthfirst PHSP, Inc.) in the above-referenced action. I write, pursuant to section 1(c) of your Honor's Individual Practices in Civil Cases, to respectfully request that the Court adjourn the status conference recently scheduled for 11:30 a.m. on August 17, 2021, to August 24 or 25, 2021, as I will be out of the country from August 14 to 22, 2021. This is the defendant's first request for an adjournment of this conference and the plaintiff consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ David S. Warner

David S. Warner

cc: Counsel of Record (via ECF)

---

**APPLICATION GRANTED:** The telephonic Status Conference scheduled on Tuesday, August 17, 2021 at 11:30 a.m. is hereby rescheduled to **Tuesday, August 24, 2021 at 10:30 a.m.** Counsel are directed to call (866) 434-5269, access code: 4858267 at the scheduled time.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**07/09/2021**