```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EUSEBIA RENEYDA CUELLO,

                            Plaintiff,

          -against-

HF MANAGEMENT SERVICES, LLC,

                            Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/24/2021__

POST-CONFERENCE ORDER

20-CV-10177 (JPO) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Consistent with the rulings and guidance set forth by the Court at the August 24, 2021 case management conference held in the above-captioned action, the Court will permit a limited extension to the discovery deadline in this case. Plaintiff will have until **December 23, 2021** to depose the witness that recently took a leave of absence. All other discovery must be completed by the previously imposed October 1, 2021 deadline. Additionally, the Court hereby grants Defendant's unopposed request for an additional four hours to complete Plaintiff's deposition.

**SO ORDERED.**

Dated: August 24, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge