## LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES

*99 Park Avenue, Suite 1100*
*New York, NY 10016*
*P: (212) 867-3838 F: (212) 681-0810*

| G. Oliver Koppell | Website | Of counsel: |
|---|---|---|
| Daniel F. Schreck | www.koppellaw.com | Lorraine Coyle |
| Scott Doherty | | Ruth Jin |
| David Tannenbaum | | |

October 14, 2021

VIA ECF
Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021
```

**MEMO ENDORSED**

**RE:  Potential dates for a Settlement Conference**
*Eusebia Reneyda Cuello v. Healthfirst PHSP, Inc.*
**Case No. 1:20-cv-10177-JPO-KHP**

Dear Hon. Katharine H. Parker:

We represent Plaintiff Eusebia Reneyda Cuello in the above action. We received an email from Chris Aiello on October 12, 2021, telling us that we can reschedule the October 18, 2021, Settlement Conference by filing a letter requesting an adjournment to a later date.

Both Plaintiff and Defendant can meet on the afternoon of November 1st, and any time on November 3rd and 4th.

Thank you for your consideration.

Sincerely,

*/s/ G. Oliver Koppell*
G. Oliver Koppell, Esq.
David Tannenbaum, Esq.
Law Offices of G. Oliver Koppell & Associates
*Attorneys for Plaintiff*
99 Park Avenue, Suite 1100
New York, NY 10016
(212) 867-3838
okoppell@koppellaw.com
dtannenbaum@koppellaw.com

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, October 18, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties is hereby rescheduled to <u>Monday, November 1, 2021 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than <u>October 25, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

10/14/2021