```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:_11/02/2021_          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EUSEBIA RENEYDA CUELLO,

                 Plaintiff,

    -against-

HEALTHFIRST PHSP, INC.,

                 Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING DISCOVERY
CONFERENCE**

**20-CV-10177 (JPO) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday,
January 6, 2022 at 12:30 p.m.**  Counsel is directed to call Judge Parker's teleconference line at
the scheduled time.  **Please dial (866) 434-5269, access code: 4858267.**

        **SO ORDERED.**

Dated: November 2, 2021
      New York, New York

                                  _____
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge