*LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES*

*99 Park Avenue, Suite 1100*
*New York, NY 10016*
*P: (212) 867-3838 F: (212) 681-0810*

G. Oliver Koppell
Daniel F. Schreck
Scott Doherty
David Tannenbaum

Website
www.koppellaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

November 2, 2021

VIA ECF
Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED
Katharine H. Parker, USMJ
11/3/21

**RE: Discovery for Information About Former Employees**
*Eusebia Reneyda Cuello v. Healthfirst PHSP, Inc.*
**Case No. 1:20-cv-10177-JPO-KHP**

Dear Judge Parker:

  We represent Plaintiff Eusebia Reneyda Cuello and write to request information detailed in our letter of September 24, 2021. We have modified our request pursuant to our conference on November 1, 2021.

  To review, in July 2021, we posed the following demand:

> Identify any former agents and/or employees of Defendant who were terminated for the reasons Plaintiff was terminated for.

Defendant replied:

> Defendant interprets this request as seeking identification of other employees within PHSP Facilitated Enrollment whose employment was terminated in or about May 2020 for reasons parallel to those specified in HF0052 and identifies them as follows to protect their privacy: (1) CC; (2) CR; (3) JP; and (4) MC.

  At our conference on November 1, 2021, your Honor suggested that we request information about the four individuals that would not impose an undue burden on Defendant. In accordance with your guidelines we request the individuals':

- gender
- length of time working for Healthfirst
- supervisors (including the District Manager and Manager)
- performance reviews, 2014-2019

granted — can be anonymized by USMJ initials of employees

- dates of rewards
- disciplinary record

Thank you for your consideration.

                         Sincerely,

                         */s/ G. Oliver Koppell*
                         G. Oliver Koppell, Esq.
                         David Tannenbaum, Esq.
                         Law Offices of G. Oliver Koppell & Associates
                         *Attorneys for Plaintiff*
                         99 Park Avenue, Suite 1100
                         New York, NY 10016
                         (212) 867-3838
                         okoppell@koppellaw.com
                         dtannenbaum@koppellaw.com

**via ECF**
Dorf & Nelson LLP
David S. Warner
*Attorney for Defendant*
555 Theodore Fremd Avenue
Rye, New York, 10580
914-381-7600
dwarner@dorflaw.com