

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600  ·  www.dorflaw.com  ·  Facsimile: 914.381.7608

January 4, 2022

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2022
```

**MEMO ENDORSED**

Re:   *Eusebia Reneyda Cuello v. HF Mgmt. Servs., LLC*
      S.D.N.Y. Case No. 20-cv-10177 (JPO) (KHP)

Dear Magistrate Judge Parker:

We represent defendant HF Management Services, LLC in the above-referenced action and write to advise the Court that the parties have reached a confidential resolution of this matter in principle. We accordingly request, on behalf of all the parties, that the Court adjourn all future deadlines and conferences and issue a 30-day conditional dismissal of this action.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ David S. Warner

David S. Warner

cc:  counsel of record (via ECF)

---

**APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Discovery Conference scheduled for **January 6, 2022** is hereby adjourned sine die.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/04/2022

---

Manhattan  |  Westchester  |  Garden City  |  Los Angeles