USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EUSEBIA RENEYDA CUELLO,

                  Plaintiff,

     -against-

HF MANAGEMENT SERVICES, LLC,

                Defendant.
------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**20-CV-10177 (JPO) (KHP)**

      A settlement conference in this matter is scheduled for **Wednesday, March 16, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.

**Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **March 9, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: February 24, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge