```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EUSEBIA RENEYDA CUELLO,

                        Plaintiff,

      -against-

HEALTHFIRST PHSP, INC.,

                        Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**<u>ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE</u>**

**20-CV-10177 (JPO) (KHP)**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for

**<u>Monday, April 4, 2022 at 10:00 a.m.</u>**  Counsel is directed to call Judge Parker's teleconference

line at the scheduled time.  **Please dial (866) 434-5269, access code: 4858267.**

        **SO ORDERED.**

Dated: March 17, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge